IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, JASON LEOPOLD, brings this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce documents about any Presidential records—including classified records—that were removed from the White House to Mar-a-Lago, potentially in violation of federal law. *See, e.g.,* Jonathan Franklin, *15 boxes of White House records have been recovered at Trump's Mar-a-Lago resort,* NPR (Feb. 7, 2022).

2. In violation of FOIA, Defendant has failed to issue a determination, has failed to produce the records promptly, and has failed to provide an estimated completion date for the request.

## PARTIES

3. Plaintiff, JASON LEOPOLD is an investigative journalist and made the FOIA request at issue in this case.

4. Defendant, U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency within the meaning of 5 U.S.C. § 552(f) and is subject to FOIA.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 15, 2022 FOIA REQUEST TO DOJ

7. On February 15, 2022, LEOPOLD submitted a FOIA request to two components of DOJ, the Criminal Division and the National Security Division, for the following records:

> [1] Emails, text messages, letters, memos, mentioning or referring to the presence of classified information contained in the Presidential records removed from the Trump White House and stored at Mar-a-Lago;
>
> [2] All emails, memos, reports, text messages, letters, exchanged between Justice Department officials and officials at the National Archives and the FBI relating or referring to the presence of classified information contained in presidential records NARA officials retrieved from Mar-a-Lago;
>
> [3] All records, such as letters, memos, reports, exchanged with any Congressional Committee relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago by NARA officials.

Ex. 1.

8. On February 25, 2022, the Criminal Division of DOJ acknowledged receipt of the request, assigned reference number CRM-301701482 to the request, and sought an extension of "additional ten days" because the request presents "unusual circumstances" pursuant to 5 U.S.C. § 552(a)(6)(B)(i)-(iii)). Ex. 2.

9. On March 16, 2022, the National Security Division of DOJ acknowledged receipt of the request and assigned reference number FOIA/PA #22-123 to the request. Ex. 3.

10. Having received no further correspondence from the National Security Division and the Criminal Division of DOJ regarding the requests, LEOPOLD sought an estimated dates of completion for the requests on June 6, 2022, and June 14, 2022, respectively. Ex. 3 at 2; Ex. 4.

11. The National Security Division of DOJ never responded to LEOPOLD's request for an estimated date of completion.

12. On June 28, 2022, the Criminal Division of DOJ stated that LEOPOLD's request has been pending for 88 days and a search for responsive records is pending. The Criminal Division also stated that it takes "853 days to process a complex request" on average. Ex. 5.

13. As of the date of this filing, DOJ and its components have not issued a determination and have not produced any records responsive to the request. Nor have the DOJ and its components complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

### COUNT I – DOJ'S FOIA VIOLATION:
### FAILURE TO ISSUE A DETERMINATION

14. The above paragraphs are incorporated herein.

15. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

16. Defendant DOJ and its components are federal agencies and subject to FOIA.

17. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

18. Defendant DOJ and its components have failed to issue a determination within the statutory deadline.

### COUNT II – DOJ'S FOIA VIOLATION:
### FAILURE TO CONDUCT A REASONABLE SEARCH

19. The above paragraphs are incorporated herein.

20. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

21. Defendant DOJ and its components are federal agencies and subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant DOJ and its components have failed to conduct a reasonable search for records responsive to the request.

### COUNT III – DOJ'S FOIA VIOLATION
### FAILURE TO PRODUCE RECORDS

24. The above paragraphs are incorporated herein.

25. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

26. Defendant DOJ and its components are federal agencies and subject to FOIA.

27. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

28. DOJ and its components have failed to produce records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

　　i. declare that Defendant has violated FOIA;

　　ii. order Defendant to conduct a reasonable search for records at no cost;

　　iii. order Defendant to issue a determination where appropriate;

　　iv. order Defendant to produce all non-exempt requested records or portions of records promptly;

　　v. enjoin Defendant from withholding non-exempt public records under FOIA;

　　vi. award Plaintiff attorneys' fees and costs; and

　　vii. award such other relief the Court considers appropriate

Dated: July 1, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew Topic*

Attorney for Plaintiff,
JASON LEOPOLD

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com