IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 1:22–cv–01920–JEB |

## JOINT STATUS REPORT

The Parties respectfully submit the instant joint status report in response to the Court's December 6, 2022 Minute Order. The Parties have continued to confer regarding the Plaintiff's Freedom of Information Act (FOIA) request.

As the parties previously reported, National Security Division and Criminal Division have moved forward with searches for records responsive to all three parts of Plaintiff's FOIA request, and the National Security Division has sent Plaintiff an interim response addressing part 3 of his request. The National Security Division has now completed its search for records potentially responsive to parts 1 and 2 of his request, and is conducting a review of the potentially responsive records. As the parties also previously reported, the Criminal Division has also completed its search for potentially responsive records, and its responsiveness review is ongoing. The parties respectfully propose that the Court permit them to submit their next joint status report in 30 days, on May 19, 2023.

Respectfully submitted this 19th day of April, 2023.

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Director
                Federal Programs Branch

                */s/ Julia A. Heiman*
                JULIA A. HEIMAN (D.C. Bar No. 986228)
                Senior Counsel
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC  20005
                Tel: 202-616-8480
                julia.heiman@usdoj.gov
                *Attorneys for Defendant*


                */s/ Merrick Wayne*
                Matthew Topic, DC Bar No. IL0037
                Josh Loevy, DC Bar No. IL0105
                Merrick Wayne, DC Bar No. IL0058
                Shelley Geiszler, DC Bar No. IL0087
                (E-Mail: foia@loevy.com)
                LOEVY & LOEVY
                311 N. Aberdeen, Third Floor
                Chicago, Illinois 60607
                Tel.: (312) 243-5900
                Fax: (312) 243-5902

                *Attorney for Plaintiff*